# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00377 |
| Joel Linn O'Donnell | ) Assigned To : Sharbaugh, Matthew J. |
| | ) Assign. Date : 12/9/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joel Linn O'Donnell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder;
18 U.S.C. § 1752(a)(1), (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2), (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(3), (b)(1)(A) - Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4), (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   12/09/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-17-24, and the person was arrested on *(date)* 12-19-24
at *(city and state)* CLEARWATER, FL.

Date: 12-19-24

*Arresting officer's signature* , FBI

BELVIN SANCHEZ, FBI
*Printed name and title*